UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PHILIP WILLIAMS, JR.

VERSUS

NATIONAL SECURITY FIRE &
CASUALTY COMPANY

CIVIL ACTION

NO. 07-368-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated July 18, 2007, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion to remand filed by plaintiff, Philip Williams, Jr., is denied.

Baton Rouge, Louisiana, August  15 , 2007.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA